UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHATIA S. MATHIS, in her capacity
as the Personal Representative of the
Estate of WILLIAM MATHIS,

             Plaintiff,

v.

CYNTHIA McINNIS, ERIN BYRNE,
KIM FARRIS, CORIZON HEALTH,
INC., QUALITY CORRECTIONAL
CARE OF MICHIGAN, P.C., and
JOHN DOE MEDICAL PROVIDERS,

             Defendants.
_____/

Case No. 21-cv-10734

Paul D. Borman
United States District Judge

Kimberly G. Altman
United States Magistrate Judge

## ORDER
### (1) ADOPTING MAGISTRATE JUDGE KIMBERLY G. ALTMAN'S SEPTEMBER 15, 2021 REPORT AND RECOMMENDATION (ECF NO. 40); AND
### (2) DENYING PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT (ECF NO. 15)

On September 15, 2021, Magistrate Judge Kimberly G. Altman issued a Report and Recommendation to deny Plaintiff's Motion for Clerk's Entry of Default (ECF No. 15). (ECF No. 40, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1) Magistrate Judge Altman's September 15, 2021 Report and Recommendation (ECF No. 40) is ADOPTED; and

(2) Plaintiff's Motion for Clerk's Entry of Default against Defendant Cynthia McInnis (ECF No. 15) is DENIED.

IT IS SO ORDERED.

Dated: September 30, 2021

                                              s/Paul D. Borman
                                              Paul D. Borman
                                              United States District Judge